

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00087-CV

---

RONALD WINEGARDNER, APPELLANT

V.

CATHOLIC CHARITIES OF THE TEXAS PANHANDLE, APPELLEE

---

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court No. 109,395-1-CV, Honorable Walton Weaver, Presiding

---

February 9, 2021

## ORDER

Before QUINN, C.J., and PARKER and DOSS, JJ.

On February 3, 2021, Appellant Ronald Winegardner filed with the Court a document entitled *"Appellants' (1) Objection to Court of Appeals' Opinion and Judgment of 10/26/2021 [sic], (2) Objection to Mandate of 1/13/2021 and (3) Objection to Clerk's Threatened Dismissal of Appeal"* (hereinafter "the Objections"), whereby he requests a copy of a trial court record and a hearing before the Court.

Our opinion and judgment in this appeal issued October 26, 2020. A motion for rehearing was not filed. Hence, our plenary power to vacate or modify our judgment expired sixty days after October 26, 2020. *See* TEX. R. APP. P. 19.1(a) (expiration of plenary power when no motion for rehearing filed); 19.3 (court of appeals cannot vacate or modify its judgment after expiration of plenary power except for exceptions not here applicable). Our mandate issued January 13, 2021. We did not vacate or modify our judgment; therefore, our mandate may not be recalled. *See* TEX. R. APP. P. 18.7, 19.3(b). Based on the foregoing, all requests for relief sought by Winegardner in the Objections are dismissed for want of subject matter jurisdiction.

It is so ordered.

Per Curiam